1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   MIKE WRIGHT, et al.,                    No.  1:25-cv-01251-SAB (PC)

12              Plaintiffs,                   ORDER DIRECTING PLAINTIFF JAVIER
                                              FRANCISCO GONZALEZ TO SUBMIT
13         v.                                 APPLICATION TO PROCEED IN FORMA
                                              PAUPERIS OR FOR PLAINTIFFS TO PAY
14   KERN COUNTY, et al.,                     FILING FEE IN FULL WITHIN THIRTY
                                              DAYS
15              Defendants.

16

17         Plaintiffs, Mike Wright and Javier Francisco Gonzalez, filed the instant action on

18   September 22, 2025 pursuant to 42 U.S.C. § 1983.  (ECF No. 1.)

19         Neither Plaintiff has paid the filing fee for this action.  However, Plaintiff, Mike Wright,

20   filed an application to proceed in forma pauperis, but Plaintiff, Javier Francisco Gonzalez, has not

21   file such application.

22         If both Plaintiffs wish to pursue this action, they must either pay the $405 filing fee in full

23   together or each file their own individual applications to proceed in forma pauperis.  See Johnson

24   v. High Desert State Prison, 127 F.4th 123, 133 (9th Cir. 2025) (holding that prisoners can file a

25   suit together and pay the filing fee up front by splitting the amount however they choose, or they

26   can each file applications to proceed in forma pauperis and each pay the full amount of the filing

27   fee until the filing fees are paid under 28 U.S.C. § 1915(b)(1)-(2)).  If they are proceeding in

28

                                              1

forma pauperis, they must each file a fully complete application.)[1]  Accordingly, it is HEREBY
ORDERED that:

    1.    Within **thirty (30)** days of the date of service of this order, Plaintiff, Javier
Francisco Gonzalez, shall submit the attached application to proceed in forma
pauperis, completed and signed, or in the alternative, Plaintiffs may pay the
$405.00 filing fee for this action;

    2.    If Plaintiff, Javier Francisco Gonzalez, fails to submit an application to proceed in
forma pauperis or the filing fee is not paid in full, he will be dismissed from this
action and the action will proceed solely as to Plaintiff, Mike Wright, who has
submitted a completed application to proceed in forma pauperis (ECF No. 2).

IT IS SO ORDERED.

Dated:   **September 24, 2025**            _____

                                  STANLEY A. BOONE
                                  United States Magistrate Judge

---

[1] This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. See 28 U.S.C. § 1914(b).