UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE WRIGHT, et al., | No. 1:25-cv-01251-KES-SAB (PC) |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| KERN COUNTY, et al., | |
| Defendants. | Doc. 14 |

Mike Wright initiated this action with Javier Francisco Gonzalez, proceeding pro se and in forma pauperis. On February 17, 2026, Wright filed an amended complaint in which he is now named as the sole plaintiff. *See* Doc. 10. The magistrate judge screened the amended complaint and found Wright failed to state a cognizable claim. The magistrate judge granted 30 days to file an amended complaint to cure the pleading deficiencies identified. Doc. 11. After Wright failed to respond to the Screening Order, the magistrate judge issued an order to show cause as to why the action should not be dismissed. Doc. 12. Again, Wright did not respond.

On May 13, 2026, the magistrate judge issued findings and recommendations, incorporating the findings of the Screening Order and recommending dismissal for failure to state a cognizable claim. Doc. 14 at 2-11. The Court served these findings and recommendations on Wright and Gonzalez, with a notice that any objections were due within 14 days. *Id.* at 12. No objections were filed, and the time in which to do so has expired.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the entire matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. As Javier Francisco Gonazlez is no longer named as a plaintiff in the operative pleading, the Court finds dismissal of his claims, without prejudice, is likewise appropriate. *See Coughlin v. Rogers*, 130 F.3d 1348, 1350 (9th Cir. 1997) (indicating the court may dismiss the claims of dopped plaintiffs "without prejudice to the institution of new, separate lawsuits"). Thus, the Court ORDERS:

1. The findings and recommendations issued on May 13, 2026 (Doc. 14) are ADOPTED in full.

2. Plaintiff Mike Wright's claims are DISMISSED with prejudice for failure to state a claim.

3. The dropped claims of Javier Francisco Gonzalez are DISMISSED without prejudice.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: ___June 10, 2026___

_____

UNITED STATES DISTRICT JUDGE

2